### No-2,734.

THE PEOPLE OF THE STATE OF CALIFORNIA, APPELLANTS, *v.* FRED SCHUSTER, RESPONDENT.

HABEAS CORPUS ACT.—APPEAL.—No appeal lies from the order of a Judge admitting a party to bail under the provisions of the Habeas Corpus Act.

APPEAL from the Second District Court, County of Plumas.

The facts are stated in the opinion.

*Jo Hamilton*, Attorney-General, for Appellant.

No appearance for Respondent.

RHODES, C. J., delivered the opinion of the Court; WALLACE, J., CROCKETT, J., and TEMPLE, J., concurring:

The Attorney-General moves that this cause be placed on the calendar for argument, and he also submits the question whether an appeal lies from the order from which the appeal is taken. The defendant was indicted for murder. The County Judge ordered that he be admitted to bail in the sum of $15,000; but the defendant failing to give bail in that sum, presented his petition to the District Judge, praying that the Sheriff be ordered to bring him (the defendant) before the District Judge, and that he be admitted to bail in a sum not exceeding $7,500. The District Judge thereupon ordered that the defendant be admitted to bail in the sum of $10,000    From that order the appeal is taken.

There is no provision in the Habeas Corpus Act permitting an appeal from the order of the Judge, in proceedings had under that Act; and it is apparent from the nature of

that remedy, that none was intended. Nor is there anything in Section 481 of the Criminal Practice Act, regulating appeals in criminal cases, which will authorize an appeal from such an order.

Appeal dismissed.